# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

TANYSHA NEWMAN,
individually and on behalf of all others similarly situated,

   Plaintiff,

v.

BAYER CORPORATION and BAYER HEALTHCARE LLC

   Defendants.

Civil Action No.: 7:22-cv-07087-KMK-AEK

## [PROPOSED] ORDER STAYING ALL DEADLINES

On April 23, 2025, the Court held a status conference among the parties. The parties communicated that they had reached an agreement to stay all deadlines in this matter.

IT IS ORDERED that, for the reasons discussed with the parties during the April 23, 2025, status conference, all deadlines in this matter, including the currently set summary judgment deadlines, ECF No. 115, are stayed through July 31, 2025. The parties are ordered to submit a joint status report to the Court no later than August 4, 2025.

Dated: 4/23/25

Signed,

_/s/ Kenneth M. Karas_

Hon. Kenneth M. Karas

1