UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TANYSHA NEWMAN,                                          :
individually and on behalf of all others similarly      :
situated,                                               :
                          Plaintiff,                    :
                                                        :
v.                                                      :
                                                        :
BAYER CORPORATION and BAYER                             :
HEALTHCARE LLC,                                         :
                          Defendants.                   :

------------------------------------------------------------x

**ORDER**

22 CV 7087 (VB)

On May 6, 2026, the Court issued an opinion and order ("Opinion") denying defendants' motion for partial summary judgment or, in the alternative, class decertification. (Doc. #165). The Opinion was filed both under seal and publicly on the docket with redactions. Plaintiff and defendants have been provided with a copy of the unredacted version.

The Court disfavors filing opinions under seal because of the presumption of public access. Therefore, by May 20, 2026, any party seeking to maintain the Opinion under seal shall file a letter setting forth the reasons for keeping the Opinion sealed. Oppositions, if any, shall be filed by May 27, 2026.

Dated: May 6, 2026
      White Plains, NY

                       SO ORDERED:

                       Vincent L. Briccetti
                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-26