UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

TANYSHA NEWMAN,                                      :
individually and on behalf of all others similarly  :
situated,                                           :
        Plaintiff,                              :     **<u>ORDER</u>**
                                                    :
v.                                                  :     22 CV 7087 (VB)
                                                    :
BAYER CORPORATION and BAYER                         :
HEALTHCARE LLC,                                     :
        Defendants.                             :

------------------------------------------------------x

The Clerk is directed to strike the Opinion and Order (Doc. #165) from the ECF docket.

Chambers will separately docket a copy of the Opinion and Order with updated

redactions.

Dated: May 6, 2026
     White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge