USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TANYSHA NEWMAN, individually and on behalf of all others similarly situated,
Plaintiff,

v.

BAYER CORPORATION and BAYER HEALTHCARE LLC,
Defendants.

---------------------------------------------------------------x

**ORDER**

22 CV 7087 (VB)

By letter dated August 26, 2026, the parties submitted a status update and a proposed case management schedule. (Doc. #176). Accordingly, it is HEREBY ORDERED:

1. The parties proposed case management schedule is GRANTED IN PART:

   a. The deadline for the parties to meet and confer regarding a proposed notice plan is September 30, 2026.

   b. The deadline for the parties to submit an agreed notice plan to the Court, or for Newman to submit her proposal, is October 21, 2026.

   c. The deadline for Bayer to respond to Newman's proposal is November 23, 2026.

   The Court defers ruling on the other aspects of the proposed schedule.

2. By no later than September 9, 2026, the parties shall submit a joint letter setting forth their respective positions on the issue of whether defendants should be permitted to file an additional summary judgment motion. The Court will address that issue and all other case management issues at the conference on September 16, 2026, at 2:30 p.m.

Dated: August 27, 2026
White Plains, NY

SO ORDERED:

________________________
Vincent L. Briccetti
United States District Judge