USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

TANYSHA NEWMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER CORPORATION and BAYER HEALTHCARE LLC,

Defendants.

-----------------------------------------------------------x

**ORDER**

22 CV 7087 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The case management deadlines from the Court's order dated August 27, 2026, (Doc. #177), are adjourned 60 days in order to facilitate continued settlement discussions.
    a. The deadline for the parties to meet and confer regarding a proposed notice plan is adjourned from September 30, 2026, to November 30, 2026.
    b. The deadline for the parties to submit an agreed notice plan to the Court, or for Newman to submit her proposal is adjourned from October 21, 2026, to December 21, 2026.
    c. The deadline for Bayer to respond to Newman's proposal is adjourned from November 23, 2026, to January 22, 2027.
2. In the event the case does not settle, the Court will set a summary judgment pre-motion conference date following the Court's order granting the notice plan.
3. By no later than November 16, 2026, the parties shall submit a letter regarding the status of the mediation and ongoing settlement efforts.

Dated: September 16, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge